**NICOLE KERR-WILLIAMS,** *Consumer,* Foreign State
**ESTATE OF NICOLE KERR-WILLIAMS,** *Consumer,* Foreign State
6278 N. Federal Highway Suite 336
Fort Lauderdale Florida [33308] USA
consumerlawsociety@mail.com

## DISTRICT COURT OF THE UNITED STATES FOR THE JUDICIAL DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| **LAKEVIEW LOAN SERVICING LLC;** <br> *[Plaintiff]* <br> *vs.* <br> **NICOLE MCKENIZIE;** <br> *State/Consumer* | Case No: 16 SM 010283 <br><br> **NOTICE OF REMOVAL & TRANSFER** |

## JUDICIAL NOTICE TO THE CLERK OF COURT & ALL PARTIES

This communication is one defined as a Letter Rogatory described in Federal Rules of Civil Procedure §44.1 and will require comity as defined within 28 USC§1782, the US Constitution and laws, Treaties of the United States respectively. The above, erroneously named [Defendant] Nicole McKenzie (formerly) is a *foreign sovereign state*, defined in 28 USC§1603, Foreign Sovereign Immunity Act, (FSIA) with Immunity as defined in §1604-§1611. In addition, the Nicole McKenzie is a consumer as defined in Public International Law, §111-203, Fair Debt Collection Practices Act, 15 USC§1692a(3)(4) and §1692a(6)(iv), *et*, al, as well other superior titles under Chapter §41, Commerce and Trade Act, Title §15 USC. Specifically, 15 USC§1692i.

This is a Judicial Notice that the above title debt collection action and controversy is hereby Removed in its entirety to the District Court of the United States Judicial District of Massachusetts. 28 USC§101. Pursuant to amongst several others, 28 USC§1251, Original Jurisdiction Supreme Court §1441, §1442, §1454, Patent Plant Variety Protection and Copyright Cases, and 28 USC§1404, 1350, Alien

- 1 -

**NOTICE OF REMOVAL &**
**CHANGE OF VENUE**

Tort Statute, respectively. This matter is removable to a proper Judicial District which has original and exclusive jurisdiction over the alleged Plaintiff's, including the Plaintiff debt collectors, alleged attorney, who is a debt collector.

For instance, 28 USC§1441(d) which states in part;

Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

**(d)Actions Against Foreign States.—**

Any civil action brought in a State court against a foreign state as defined in section §1603(a) of this title may be removed by the foreign state to the district court of the United States for the district and division embracing the place where such action is pending. Upon removal, the action shall be tried by the court without jury. Where removal is based upon this subsection, the time limitations of section §1446(b) of this chapter may be enlarged at any time for cause shown.

In addition, the Supreme Court of the United States, pursuant to 28 USC§1251, has original and exclusive jurisdiction over any controversy between two states, as well as issues regarding patents and Land.

The Consumer/Foreign State, has *original* and *exclusive* jurisdiction over both alleged Plaintiff's, Lakeview Loan Services LLC and Harmon Law Offices LLC, pursuant to 28 USC§1603-§1611 and International Public Law §111-203, Fair Debt Collection Practices Act, 15 USC§1692 *et*, al, as well all provisions under Chapter §41, Title §15 USC.[1] Specifically, Nicole Mckenzie and her Estate, has superior authority and power as defined in the Preamble of the US Constitution, Bill of

---

[1] Both alleged Plaintiff's are at best, debtors, and debt collectors defined in 15 USC§1692a(6) and are attempting to collect an alleged debt defined in §1692a(5). Both are *persons* defined in 15 USC§7. However, it is likely Lakeview Loan Servicing LLC and Harmon Law Firm LLC are impersonators, trespassers, engaged in Criminal conduct against the foreign state, country and nation, known as Massachusetts, not to be confused with the territory called the State of Massachusetts. Upon removal, the State/Consumer will be prosecuting both companies under criminal, civil and common law violations.

NOTICE OF REMOVAL &
CHANGE OF VENUE

Rights, recognized and established by the Congress, pursuant to Article III, Section I, II and III.

Such Judicial power and authority of the People, Foreign State and Consumer is Judicial in nature and the Supremacy Clause, Article VI, Section II, elevates the standing of said Consumer, Foreign State above any inferior tribunal and court, under Article I, Section §8, 1 through §17, Commerce Clause.

In fact, a codification of the Supremacy Clause, is surgically planted within Public International Law §111-203, Fair Debt Collection Practices Act, 15 USC§1692(n) and (o) as well others.

The judicial power and authority, as well Sovereign Immunity is undeniable, unalienable, secured and protects against enemy foreign or domestic. They are the Supreme Laws of the Land......and territories of the District of Columbia, thus extends into all possessions of the United States. see, Eleventh Amendment to the US Constitution. Every person who engages in interstate commerce, foreign trade, (which pertains to this matter) even foreign commerce, agreed and stipulated to strict compliance to the Laws, Constitution(s) and all Treaties of the United States. Without argument.[2]

## FACTUAL HISTORY

On October 25, 2016, debtors Harmon Law Offices P.C., and Lakeview Loan Services LLC, filed what is styled a Foreclosure Action in the Commonwealth of Massachusetts Land Court. on October 25, 2016. Attached is a copy of what has been received by third parties regarding this action is attached as "**Exhibit A**".

The remainder of the suit and its documentation has been ordered and will deposited onto the docket upon receipt. Harmon Law Offices P.C., are likely *debt*

---

[2] The Constitution of the United States is the Supreme Law of the Land, and all executive, judicial and legislative officers of the United States and the several states and all the People are bound thereby. 59 US 331 (1856) Dodge v. Woolsey *et*, al.

NOTICE OF REMOVAL &
CHANGE OF VENUE

*collectors*, upon belief a domestic limited liability company who transacts business and interstate commerce, within the State of Massachusetts which is a possession and territory of the District of Columbia, via Springfield Judicial District. 28 USC§101. Lakeview Loan Servicing LLC is a debt collector, and upon belief a foreign limited liability company transacting business and interstate commerce in the State of Massachusetts.

The debtors, Harmon and Lakeview *debt collectors* did not confer with Nicole McKenzie, Estate prior to filing suit, neither did the debtors obtain permission from a court of competent jurisdiction. §1692c (3)(c) Harmon Law Offices LLC, left a letter at the home of Nicole McKenzie. Nicole McKenzie was not personally served as she lives out of state. Any type of attempt, or service upon the consumer, foreign state constitutes a crime and tort under the FSIA and FDCPA §1692a(6)(c)(d). Service upon a foreign state and consumer is defined in the Federal Rules of Procedure §4(e)(f)(g) and (j), respectively.

The Harmon letter and filing of the suit constitutes a communication as defined in §1692a (2) of the FDCPA. Harmon and Lakeview are again Ordered to Cease and Desist all communications on this matter, unless specifically authorized by the consumer in writing to do so, from this point on, without further warning.

In the Harmon letter, (*see*, "Exhibit A") it appears the debt collector is aware of the Public International Law, Fair Debt Collection Practices Act as it notated the required *miranda warning* on the bottom of the page. Even, by chance if Harmon wasn't aware of its duties and obligations to all laws of the United States, ignorance of the law is no defense and excuse. The notation on the bottom of agrees, stipulates, and confesses to the fact that Harmon and Lakeview is subject to, the original and exclusive jurisdiction and authority of the consumer.

**NOTICE OF REMOVAL &
CHANGE OF VENUE**

Accordingly, this is including but not limited to its judgment and rulings.[3] Since Harmon and Lakeview are complete strangers to the consumer, and the consumer has no contractual agreement with the debt collectors. Lakeview and Harmon are then *charged* with the Crime of Identity Theft, defined in 12 USC§1022.3(h), 18 USC§1029(a).

Harmon and Lakeview, both servants of the consumer, knows of its covenant not to sue, in any manner its Master, the consumer.

By engaging in interstate commerce, dealing with the private foreign goods and products of the consumer, foreign state, it agreed to release, forever waive its ability to sue. §1692c(3)(1)(2)(3). There has been no disaffirmance on the part of the Consumer, and furthermore, the laws of the United States have not been waived or repealed. This also constitutes Promissory Estoppel.

The alleged Plaintiff is Lakeview Loan Servicing, a *debt collector* and foreign limited liability company, with its principal place of business within the State of Florida. The citizenship of these companies has been intentionally concealed as to not determine its standing and capacity. *see*, Alien Resident Provisio Act, which has been repealed 28 USC§1332(a)[4]

The alleged Plaintiff debt collectors, filed the debt collection action in an inferior tribunal, Commonwealth Land Court of Massachusetts pursuant to Case No. 16 SM 10283. The action purports to be a so-called Foreclosure Action to seize and

---

[3] Exodus 20: 03- Thou shalt not take the name of the Lord thy God in vain, for the Lord will not hold him guiltless that taketh His name in vain.

[4] In the United States federal courts, class actions are governed by Federal Rules of Civil Procedure Rule 23 and 28 U.S.C.A. §1332(d). Cases in federal courts are only allowed to proceed as class actions if the court has jurisdiction to hear the case, and if the case meets the criteria set out in Rule §23.

**NOTICE OF REMOVAL &**
**CHANGE OF VENUE**

confiscate Land and properties of the foreign state, consumer and her Estate, which constitutes a Class Action pursuant to 28 USC§1332(d).

Accordingly, a **class action**, **class** suit, or representative **action** is a type of lawsuit where one of the *parties is a group of people* who are represented collectively by a member of that group. The alleged [defendant(s)] is a class, since the action relates to multiple persons, foreign instrumentalities, consumer accounts, assets, Land, properties, currency, insurance and other private property which are for personal, family and household purposes. *see*, 15 USC§1692a(5).

Furthermore, the Plaintiff's represent a class of persons, since both Plaintiff's are limited liability companies with multiple unknown investors, citizens, companies, parties, instrumentalities, including the fact, that as debt collection servicers, they imply they work for unknown creditor(s). In this respect, there can be no denying the fact, this is a class action as defined in 28 USC§1332 (d).

Interestingly, it cannot be ignored that whether a legitimate *creditor*, (to which neither is not) as defined in 15 USC§1692a (6), other laws, a creditor is nothing more than a debt collector, the difference being a contractual relationship with its Master, Employer, the Consumer, foreign State who hired it. This delusion by debt collectors and the debt collectors who impersonate attorneys, which directly violates Public International Law, (Law of Nations) Fair Debt Collection Practices Act, 15 USC§1692e (1) and (e)(3), amongst others. Can have be prosecuted as crimes under Title 18 USC, which again, is codified with the FDCPA.

Nonetheless, a creditor is nothing more than an inferior, subordinate employee, customer, and contractor of its owner, the Consumer. It has no power and authority not delegated to it and both debt collector and creditor must adhere to the wishes of its issuer, maker, manufacturer, owner of its foreign goods and products.

**NOTICE OF REMOVAL &**
**CHANGE OF VENUE**

Both Harmon and Lakeview filed the action is an inferior tribunal which lacks any jurisdiction over the controversy, to avoid the proper competent judicial court and jurisdiction, which governs such actions.

Title §18, USC, is incorporated and codified within the Fair Debt Collection Practices Act, as well other criminal violations, which a state and consumer enjoys superior personal and subject matter jurisdiction over, at every turn.

Upon removal, the foreign state, consumer will prosecute this action both civilly and criminally, within the *federal judicial district court* in a manner prescribed by constitution and common law. 28 USC§610 The duly constituted court is upon filing and will be established properly and in accordance with 28 USC§297. This matter involves foreign trade

The foreign state, Consumer has not and will not waive any Sovereignty and Immunity with respects to this action, unless specifically waived by written communication, order or Decree. Upon removal into the District Court of the United States ("DCUS"), the Judiciary Act, 28 USC§2071 and §2075, others are invoked for all civil rules and procedures. In addition, the Law and Language of this action will be performed with the Plain Writing Act 2010, Public Law §111-274, 5 USC 301, note. As well, Executive Orders §12988, §12988.

Lastly, the practice of any foreign law and language, specifically Legalese and any legal concepts, rules, regulations are strictly prohibited and barred by the Congress, pursuant to the FDCPA, §1692d (1)(2)(3). Any prohibited practice of this type, including use any profane, obscene language, will be construed as a form of mind altering substance administered by a license practitioner. Such action will be deemed an unlicensed practice of law and will be found to be malpractice.[5]

---

[5] The District Court of the United States is the judicial district for the Massachusetts, one of the several states of the Union as defined by the Massachusetts Constitution and the Constitution for the United States of America.

- 7 -

**NOTICE OF REMOVAL &
CHANGE OF VENUE**

## CONCLUSION

The pending action in the Commonwealth of Massachusetts Land Court is now Removed to the District Court of the United States for the Judicial District of Massachusetts. This duly constitutional judicial court, will be established pursuant to 28 USC§297, requiring an Article III, Judge, the Congress consents to the acceptance and retention by any judge so authorized of reimbursement from the countries referred to in subsection (a) of all necessary travel expenses, including transportation, and of subsistence, or of a reasonable per diem allowance in lieu of subsistence. The judge shall report to the Administrative Office of the United States Courts any amount received pursuant to this subsection.

The consumer, foreign state will serve a copy of this Removal and Transfer to the Commonwealth of Massachusetts Land Court, and all other parties. This removal may also be construed as a Stay of Proceedings to Enforce a Judgment, Federal Rules of Procedure §64, §69, §70 and §71, respectively. Any rules promulgated through the Rules Enabling Act, 28 USC§2071-2077, are relaxed if such rule abrogates the substantial rights of the consumer, foreign state. Upon removal, a counterclaim and Enforcement Action against Harmon Law Offices P.C. and Lakeview is forthcoming.[6]

Dated: March 14, 2017, at Fort Lauderdale, Florida State Republic.

By: _____

Nicole [McKenzie]-Williams (formerly), *Consumer Executor, Consul*, for the Estate of Nicole McKenzie
Mailing Address: 6278 N. Federal Highway Suite 336
Fort Lauderdale Florida [33308] USA
consumerlawsociety@mail.com

---

[6] Harmon Law Offices P.C. and Lakeview Loan Services LLC has stipulated and agreed to all costs, expenses, fees and damages, both actual and statutory regarding this Removal, Transfer and all subsequent, filings, attorney fees and costs, at a rate determined by the Consumer and its General Consul. The parties must submit in writing to obtain the hourly rate being charged.

**NOTICE OF REMOVAL &
CHANGE OF VENUE**

cc: file
cc: Consumer Financial Protection Bureau
cc: Federal Trade Commission
cc: Department of Homeland Security

- 9 -

**NOTICE OF REMOVAL &
CHANGE OF VENUE**